# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GOVERNMENT ACCOUNTABILITY PROJECT**  Plaintiff,  v.  **FOOD AND DRUG ADMINISTRATION,**  Defendant. | **Civ. No.: 1:12-cv-01954 (RDM)** |

**ANIMAL HEALTH INSTITUTE'S LCvR 7.1 CERTIFICATE OF DISCLOSURE**

Pursuant to Local Rule 7.1, I, the undersigned, counsel of record for the Animal Health Institute ("AHI"), certify that to the best of my knowledge and belief, AHI has no parent companies, subsidiaries, or affiliates for which disclosure is required. AHI is a not-for-profit membership organization. It represents companies that develop and produce animal medications. To the extent it is relevant, a list of AHI's member companies is available online at: http://www.ahi.org/about/member-directory/. Counsel will provide any information needed about AHI's members upon request, if the Court deems it relevant.

Dated: January 5, 2015            Respectfully submitted,

 /s/ Shankar Duraiswamy

Shankar Duraiswamy (D.C. Bar # 501702)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
+ 1 202 662 6000
sduraiswamy@cov.com

*Attorney for Intervenor, Animal Health Institute*