# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GOVERNMENT ACCOUNTABILITY PROJECT**<br><br>    Plaintiff,<br><br>    v.<br><br>**FOOD AND DRUG ADMINISTRATION,**<br><br>    Defendant. | Civ. No.: 1:12-cv-01954 (RDM) |

**DECLARATION OF SHANKAR DURAISWAMY IN SUPPORT OF
ANIMAL HEALTH INSTITUTE'S MOTION FOR LEAVE TO INTERVENE**

I, Shankar Duraiswamy, hereby declare as follows:

1. I am over the age of 18 and am competent to make this declaration.

2. I am an attorney licensed to practice law in the District of Columbia.

3. I am a partner at the law firm of Covington & Burling LLP, counsel for Animal Health Institute ("AHI").

4. I am personally familiar with the facts stated herein based on my review of the court filings and discussions with representatives of AHI and certain of its member companies. This declaration is based on my personal knowledge, except where stated upon information and belief, and, as to those allegations, I believe them to be true.

5. I make this declaration in support of AHI's motion for leave to intervene. As set forth below and in the accompanying filings in support of AHI's motion, AHI respectfully requests that the Court grant its motion for leave to intervene as a defendant in the action.

6. I have conferred with counsel for the Plaintiff and counsel for the Defendant. Counsel for the Defendant has consented to AHI's intervention, and counsel for the Plaintiff has indicated its intention to oppose the motion.

7. AHI is a trade association of companies that develop and manufacture animal medications. AHI seeks to intervene as a defendant in this action to protect confidential commercial information submitted to the U.S. Food and Drug Administration ("FDA") by AHI's member companies regarding the sales volume of certain animal medications.

8. Pursuant to the Animal Drug User Fee Amendments of 2008, several of AHI's member companies have submitted to FDA data regarding the volume of antimicrobial animal medications that they sold or distributed in 2009. *See* 21 U.S.C. § 360b(l)(3). The AHI members who submitted such data to FDA include Boehringer Ingelheim Vetmedica, Inc., Elanco Animal Health, Merck Animal Health, Phibro Animal Health Corporation, and Zoetis, Inc. Each of these companies treats this sales data as confidential and does not otherwise disseminate it to the public, as competitors could use such data to determine whether and how to compete against a specific medication and capture market share, thereby causing substantial competitive harm.

9. Upon information and belief, on February 10, 2011, Plaintiff Government Accountability Project submitted a Freedom of Information Act ("FOIA") request to FDA seeking information pertaining to the use of antimicrobial drugs in food-producing animals in 2009.

10. Upon information and belief, FDA identified two documents responsive to Plaintiff's request.

2

11. Upon information and belief, one of the documents has been identified by the parties in submissions to this Court as "Document 2."

12. Upon information and belief, FDA redacted information from "Document 2" that would allow a competitor to identify the volume of a specific medication that was sold or distributed in 2009.

13. Upon information and belief, the information redacted from "Document 2" would allow competitors to identify, *inter alia*, the volume of certain medications sold or distributed in 2009 by at least five AHI members, including Boehringer Ingelheim Vetmedica, Inc., Elanco Animal Health, Merck Animal Health, Phibro Animal Health Corporation, and Zoetis, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Signed in Washington, DC on the 5th day of January, 2015.

_____
Shankar Duraiswamy