**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GOVERNMENT ACCOUNTABILITY PROJECT,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **Civ. No. 1:12-cv-01954 (KBJ)** |
| **FOOD AND DRUG ADMINISTRATION,** ) | |
| ) | |
| **Defendant,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **ANIMAL HEALTH INSTITUTE,** ) | |
| ) | |
| **Intervenor-Defendant.** ) | |
| ) | |

**PLAINTIFF'S MOTION FOR**
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41 and Local Rule 7, Plaintiff Government Accountability Project (GAP), by and through the undersigned counsel, respectfully requests that this Court enter an order dismissing, without prejudice, the above-captioned case.   In support of this Motion, Plaintiff states:

1.      This matter is currently set for an evidentiary hearing on May 2, 2017.

2.      On January 12, 2017, the parties appeared before this Court to determine witness and counsel availability for the evidentiary hearing.

3.      Plaintiff's counsel Karen Gray attended the January 12th Status Conference.  At that time, she informed the court that one of the two experts put forward by GAP was longer available, due to an employment-related conflict of interest, and that the remaining expert was not qualified to testify to both subject areas.

4.      The Court granted Plaintiff until March 1, 2017 to retain a new expert witness, and to file a supplemental declaration.

5.      Despite Plaintiff's best and good-faith efforts, Plaintiff is unable to locate a new expert witness that would not have a conflict of interest and/or be available for the May 2nd hearing.

6.      Plaintiff respectfully asserts that a voluntary dismissal at this stage in the proceedings is not prejudicial to the parties.


        WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion for Voluntary Dismissal without prejudice

Dated: March 1, 2017

                                        Respectfully submitted,


                                        /S/ Karen J. Gray
                                        _____
                                        Karen J. Gray (D.C. Bar # 488760)
                                        Government Accountability Project
                                        1612 K Street, NW, Suite 1100
                                        Washington, DC 20006
                                        Tel: (202) 457-0034
                                        Fax: (202) 457-0059
                                        KarenG@whistleblower.org


                                        /S/Matt Topic
                                        _____
                                        Matthew Topic (Pro Hac Vice)
                                        LOEVY & LOEVY
                                        311 N. Aberdeen, Third Floor
                                        Chicago, IL 60607
                                        Tel: (312) 234-5900
                                        matt@loevy.com


                                        Counsel for the Plaintiff